**SUBJECT:** *State briefly the problem on which you desire assistance.*

U5,469-11

WHAT HAPPENED TO MY REQUEST for AN EXPLANATION OF THE ARBITRARY DENIAL OF MY LAST 11.07 AND THE UNJUSTIFIED ADMONISHMENT RECIEVED?

PAULE BENNER 1278531
2101 FM 369 NEL
IOWA PARK TX 76367-6565

RECEIVED IN
COURT OF CRIMINAL APPEALS

Name: _____ No: _____ Unit: _____

MAY 1 1 2015

Living Quarters: _____ Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)
Abel Acosta, Clerk

☆I-60 (Rev. 11-90)